Christopher TORRETTI; Honey Torretti, as parents & natural guardians of Christopher J. Torretti, a minor, and in their own right, Appellants

v.

MAIN LINE HOSPITALS, INC., d/b/a Paoli Memorial Hospital; Andrew Gerson, M.D.; Main Line Perinatal Associates; Mark Finnegan, M.D.; Patricia McConnell, M.D.; McConnell, Peden, Belden & Associates; Lankenau Hospital.

No. 08–1525.

United States Court of Appeals,
Third Circuit.

Argued Jan. 28, 2009.

Opinion Filed Sept. 2, 2009.

Barbara R. Axelrod, Esq., James E. Beasley, Jr., Esq., Dion G. Rassias, Esq., The Beasley Firm, Philadelphia, PA, for Appellants.

Carolyn M. Dillon, Esq., Daniel F. Ryan, III, Esq., O'Brien & Ryan, Plymouth Meeting, PA, Peter J. Hoffman, Esq., Eckert, Seamans, Cherin & Mellott, Philadelphia, PA, for Defendants–Appellees.

Before SCIRICA, Chief Judge,
AMBRO, and SMITH, Circuit Judges.

***ORDER AMENDING PRECEDENTIAL
OPINION***

AMBRO, Circuit Judge.

IT IS NOW ORDERED that the published Opinion in the above case filed Sep-

**1012**

tember 2, 2009, 580 F.3d 168, be amended as follows:

On page 6, first full paragraph, seventh line, replace "perinatologoist" with "perinatologist".

On page 7, note 5, fourth line, replace "[a] need" with "need [a]".

On page 9, last paragraph, sixth line, replace "Mem." with "Mem'l".

On page 9, last paragraph, eighth and ninth lines, replace "judgment, dismissing" with "judgment as to".

On page 10, first paragraph, third and fourth lines, remove "(citation omitted)".

On page 10, first paragraph, ninth line, remove "See".

On page 10, first paragraph, lines ten through twelve, place quotation marks around the sentence "We may affirm or vacate the District Court's judgment on any grounds supported by the record."

On page 13, first paragraph, eighth line, replace "Virginia" with "Va.".

On page 13, first paragraph, ninth line, insert "(*per curiam* )" after "(1999)".

On page 13, note 8, eighth line, replace "HHS" with "U.S. Dep't of Health & Human Servs.".

On page 14, first paragraph, eighth line, replace "upon" with "on a".

On page 15, first paragraph, second line, remove "at" between "41," and "55–56".

On page 15, first paragraph, ninth line, replace "Defense" with "Def.".

On page 15, first paragraph, thirteenth line, replace "378" with "377".

On page 19, second paragraph, fourth line, change "are transported" to "are then transported".

On page 23, second paragraph, ninth line, change "(1983)" to "(1982)".

On page 23, third paragraph, third line, change "*Arlington* " to "*Arrington* ".

On page 24, first paragraph, first, fifth, and ninth lines, change "*Arlington* " to "*Arrington* ".

On page 25, first paragraph, fifteenth line, italicize "citing".

On page 27, insert new paragraph after "actual knowledge.".